# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT COURT OF OKLAHOMA

| | |
|---|---|
| 1.  DEBORAH ANN WOG,             )<br>                                                       )<br>            Plaintiff,                         )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>1.  STATE FARM MUTUAL        )<br>AUTOMOBILE INSURANCE     )<br>COMPANY,                                 )<br>                                                       )<br>            Defendant.                       ) | No. CIV-13-732-HE<br>**Honorable  Joe Heaton** |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff and Defendant, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal without prejudice of Defendant, State Farm Mutual Automobile Insurance Company with each party paying their own costs, fees and expenses associated with the litigation.

Respectfully submitted,

s/ S. Alex Yaffe
S. ALEX YAFFE, OBA #21063
DAVID L. TEASDALE, OBA#30307
P. O. Box 890420
Oklahoma City, OK  73189
Telephone: (405) 632-6668
Facsimile: (405) 632-3036
ayaffe@fosheeyaffe.com

s/ Joseph T. Acquaviva, Jr.
(Signed by Filing Attorney with permission of Attorney)
Joseph T. Acquaviva
Wilson, Cain & Acquaviva
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73013
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
jtacqua@aol.com

## **CERTIFICATE OF MAILING**

I hereby certify that on the 16th day of August, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Joseph T. Acquaviva
Wilson, Cain & Acquaviva
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73013
Telephone: (405) 236-2600
Facsimile: (405) 231-0062

                                                  s/ S. Alex Yaffe
                                                  S. Alex Yaffe